**Appendix K**                                                              Revised **FILED**

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF TEXAS  
_SHERMAN_ DIVISION  
**APPLICATION TO APPEAR PRO HAC VICE**

U.S. DISTRICT COURT  
EASTERN DISTRICT OF TEXAS  

SEP 22 2008

DAVID J. MALAND, CLERK  
BY  
DEPUTY _____

1. This application is being made for the following: Case # __4:08-cv-00242-RAS-DDB__
   Style: __Morris v. Focus Receivables Management, LLC__
2. Applicant is representing the following party/ies: __Plaintiff Scott Morris__
3. Applicant was admitted to practice in __Ohio__ (state) on __11/17/2005__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __See attached sheet__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Richard J. Meier__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __9/15/08__          Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Richard J. Meier
State Bar Number OH 0079501
Firm Name: Macey & Aleman, P.C.
Address/P.O. Box: Sears Tower, Ste 5150
City/State/Zip: Chicago, IL 60606
Telephone #: 866-339-1156
Fax #: 312-822-1064
E-mail Address: rjm@legalhelpers.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 9/22/08

DAVID J. MALAND

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Becca Farrell_
Deputy Clerk

Attorney Richard J. Meier was admitted to practice in the following courts:

1. State of Ohio
2. State of Illinois
3. Northern District of Ohio
4. Southern District of Ohio
5. Northern District of Illinois
6. Central District of Illinois
7. Southern District of Illinois
8. Northern District of Indiana
9. Southern District of Indiana
10. Eastern District of Wisconsin
11. Western District of Wisconsin
12. Eastern District of Michigan
13. Western District of Michigan
14. Western District of Pennsylvania
15. District of Colorado
16. District of New Jersey, *pro hac vice*
17. District of Maryland, *pro hac vice*
18. Eastern District of Kentucky, *pro hac vice*
19. Western District of Washington, *pro hac vice*
20. Northern District of California, *pro hac vice*
21. Eastern District of New York, *pro hac vice*
22. District of Arizona, *pro hac vice*

# United States District Court

for the

Eastern District of Texas at Sherman

Date: **Monday, September 22, 2008**

Received from:

**Legal Helpers FDCPA/FCRA**

**20 W. Kinzie St., Suite 1300**

**Chicago IL 60610**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **4:08cv00242   Morris v Focus Receivables**

Comments: **Check 1807, Pro Hoc Vice Fee for Richard J. Meier**

Received by: **jacksonl**